UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-BC1,<br><br>Plaintiff,<br><br>vs.<br><br>ROSIE ALVARADO, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No: C 11-03746 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND REMANDING ACTION** |

On July 29, 2011, Defendant Rosie Alvarado removed this unlawful detainer action from Contra Costa County Superior Court. On August 3, 2011, Magistrate Judge Maria Elena-James, the judge to whom the case was initially assigned, issued an order to show cause ("OSC") why the case should not be remanded for lack of jurisdiction. Dkt. 5. On August 16, 2011, Judge James vacated her OSC and instead issued a report and recommendation finding that the case should be remanded for lack of jurisdiction, pursuant to 28 U.S.C. § 1447(c). Dkt. 6. Defendant filed an objection to the report and recommendation on August 18, 2011. Dkt. 8, 9. The action was reassigned to this Court on August 23, 2011. Dkt. 11.

The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); see also Civ. L.R. 72-3(a) (requiring that any objections be accompanied by a motion for de

| | |
|---|---|
| 1 | novo determination).[1]  Here, the objection filed by Defendant does not challenge the report |
| 2 | and recommendation in any substantive respect.  In addition, the Court has reviewed the |
| 3 | matter de novo, and agrees that subject matter jurisdiction is absent.  See <u>Deutsche Bank</u> |
| 4 | <u>Nat. Trust Co. v. Gomez</u>, No. C 11-00569 SBA, 2011 WL 2135219 (N.D. Cal. May 27, |
| 5 | 2011) (remanding unlawful detainer action for lack of subject matter jurisdiction); <u>Wells</u> |
| 6 | <u>Fargo Bank, NA v. Bowie</u>, No. C 09-02862 SBA, 2009 WL 1885643 (N.D. Cal. June 30, |
| 7 | 2009) (same).  Accordingly, |

    IT IS HEREBY ORDERED THAT the magistrate judge's report and recommendation, Dkt. 6, is ACCEPTED and shall become the Order of this Court.  The instant action is REMANDED to the Superior Court of California, County of Contra Costa, pursuant to 28 U.S.C. § 1447(c).  The Clerk shall close the file and terminate any pending matters.

    IT IS SO ORDERED.

Dated:  August 24, 2011

                                                  _Saundra B Armstrong_
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

---

[1] Defendant did not file a motion for de novo determination.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSOCIATION et al,

    Plaintiff,

 v.

ALVARADO et al,

    Defendant.
                                        /

Case Number: CV11-03746 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosie Alvarado
4421 Pampas Circle
Antioch, CA 94531

Dated: August 24, 2011

                                   Richard W. Wieking, Clerk

                                   By: LISA R CLARK, Deputy Clerk